1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLARENCE LeROND WILLIAMS,

11              Plaintiff,                    No. 2:10-cv-1873 KJM DAD P

12        vs.

13   DR. PIERRE S. HENDRICKS, et al.,

14              Defendants.              ORDER

15   _____/

16        Plaintiff has filed two motions requesting, <u>inter alia</u>, additional time to file an

17   opposition to defendant's April 8, 2013, motion to dismiss.  In his motions, plaintiff explains that

18   he was in the process of being transferred to a prison out-of-state, but while in route to Arizona

19   prison officials determined he was not eligible to do so.  Plaintiff has been returned to Pleasant

20   Valley State Prison but explains that he has had difficulty re-gaining access to his property.

21        Insofar as plaintiff has requested additional time to file his opposition to

22   defendant's motion to dismiss, the court will grant plaintiff's motions.  However, insofar as

23   plaintiff has requested court orders directed at the warden of various institutions and/or stays of

24   this action in light of his challenges gaining access to his personal property, the court will deny

25   his motions.  If plaintiff needs additional time to respond to defendant's motion to dismiss, he

26   may file another motion for an extension of time.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions (Doc. 34 & 36) are granted in part; and

2. Plaintiff shall file an opposition to defendant's motion to dismiss on or before July 2, 2013.  Defendant shall file a reply, if any, in accordance with Local Rule 230(l).

DATED: May 29, 2013.

Dale A. Drozd

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
will1873.36opp

2