UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LeROND WILLIAMS, | No. 2:10-cv-1873 KJM DAD P |
| Plaintiff, | |
| v. | ORDER |
| DR. PIERRE S. HENDRICKS et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 15, 2014, the magistrate judge filed findings and recommendations addressing Dr. Fortaleza's motion to dismiss, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist*., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 15, 2014, are adopted in full; and

2. Defendant Fortaleza's motion to dismiss (Doc. No. 33) is granted.

DATED: March 31, 2014.

_____
UNITED STATES DISTRICT JUDGE